O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT FELIX,<br><br>   Petitioner,<br><br> vs.<br><br>M.D. McDONALD, WARDEN,<br><br>   Respondent. | CASE NO. CV 09-06604 JFW (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

   DATED: December 8, 2011

               _____
                JOHN F. WALTER
               UNITED STATES DISTRICT JUDGE