O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GILBERT FELIX,                                     )          CASE NO. CV 09-06604 JFW (RZ)
                                                   )
                         Petitioner,               )
                                                   )          JUDGMENT
              vs.                                  )
                                                   )
M.D. McDONALD, WARDEN,                             )
                                                   )
                         Respondent.               )
                                                   )

        This matter came before the Court on the Petition of GILBERT FELIX, for

a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having

accepted the findings and recommendation of the United States Magistrate Judge,

        IT IS ORDERED AND ADJUDGED that the Petition is denied and the action

is dismissed with prejudice.


        DATED: December 8, 2011


                                          _____
                                               JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE